Case 1:00-cv-00095   Document 1   Filed in TXSD on 06/26/2000   Page 1 of 24

United States District Court
Southern District of Texas
FILED

JUN 2 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | B-00-095 |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

**DEFENDANTS FIRST USA BANK N.A.'S AND
BANK OF NEW YORK DELAWARE'S NOTICE OF REMOVAL**

1.     Defendant First USA Bank, N.A., improperly named Bank One d/b/a First Card and Defendant Bank of New York Delaware, improperly named Bank of New York, have removed the above captioned case to Federal Court pursuant to 28 U.S.C. § 1331 and 1441, within thirty days after receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

2.     This cause was commenced in the 107th Judicial District Court of Cameron County, Texas by Plaintiff filing PLAINTIFF'S ORIGINAL PETITION on or about May 26, 2000.  Defendant First USA Bank, N.A. was improperly named in PLAINTIFF'S ORIGINAL PETITION as Bank One d/b/a First Card, and was served a copy of PLAINTIFF'S ORIGINAL PETITION on June 5, 2000.  Defendant Bank of New York Delaware was improperly named in PLAINTIFF'S ORIGINAL PETITION as Bank of New York, and was served a copy of PLAINTIFF'S ORIGINAL PETITION on June 5, 2000.  The Notice of Removal of Defendant First USA Bank, N.A. and Bank of New York Delaware has been filed within thirty days thereof. Copies of documents from the State Court's file, as specified in Local Rule 3K, are attached

hereto as Exhibit "A," including an index thereof.   Exhibit "B" attached hereto is a list of all

attorneys in the case, as required by Local Rule 3.K.

3.      PLAINTIFF'S ORIGINAL PETITION alleges entitlement to recover damages

pursuant to the Federal Fair Credit Reporting Act, found at 15 U.S.C. § 1681 *et. seq.*, the Federal

Debt Collection Act, found at 15 U.S.C. § 1692 *et. seq.*  This Court has federal question

jurisdiction over plaintiff's Fair Credit Reporting Act pursuant to § 1681p. This court has federal

question jurisdiction over the plaintiff's Federal Debt Collection Act claim pursuant to 15 U.S.C.

§ 1692k(d).  Plaintiff has also alleged state law claims for intentional infliction of emotional

distress, liable and slander per se, and violation of the Texas Debt Collection Act (Texas Finance

Code §§ 392.001 *et. seq.*, over which this court has supplemental jurisdiction pursuant to 28

U.S.C. § 1367.

PRAYER

WHEREFORE, Defendants First USA Bank, N.A. and Bank of New York Delaware pray

that this action be removed to this Court and that this Court accept jurisdiction of this action and

henceforth place this action on the Court's docket for further proceedings.

Respectfully submitted,

By: _____

Walter J. Passmore
Fed. ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, Texas  78502-3766
956/687-6225
956/686-1276 (fax)

ATTORNEYS FOR DEFENDANTS
FIRST USA BANK, N.A. and
BANK OF NEW YORK DELAWARE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the __26th__ day of June, 2000, as follows:

Adolfo E. Cordova, Jr.                    *VIA CMRRR 7099 3220 0001 4236 5001*
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

Jeffrey S. Boyd                           *VIA CMRRR 7099 3220 0001 4236 5018*
Thompson & Knight, P.C.
1200 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701
**ATTORNEYS FOR RETAILER NATIONAL BANK**

Mark W. Walker

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\REMOVAL.FED

3

EXHIBIT A

INDEX OF ATTACHED COPIES OF STATE COURT PLEADINGS
<u>Zoila Gomez vs. Bank of New York et al</u>
Cause No. 2000-05-2273-A

1.  Civil Docket Sheet, Cause No. 2000-05-2273-A, <u>Zoila Gomez vs. Bank of New York,
    Retailers National Bank and Bank One d/b/a First Card</u>

2.  Plaintiff's Original Petition file stamped May 26, 2000

3.  Plaintiff's Jury Request file stamped May 26, 2000

4.  Citation for Bank One dated May 26, 2000, and return

5.  Citation for Bank of New York dated May 26, 2000, and return

6.  Citation for Retailers National Bank dated May 26, 2000, and return

7.  Defendants First USA Bank, N.A.'s and Bank of New York Delaware's Notice of
    Removal file stamped June 23, 2000

4

CVIsPDF - www.fastio.com

EXHIBIT B
LIST OF ALL ATTORNEYS PURSUANT TO LOCAL RULE 3J

Attorney for Plaintiff ZOILA GOMEZ:

    Adolfo E. Cordova, Jr.
    State Bar No. 00787287
    Law Firm of Adolfo E. Cordova, Jr.
    711 N. Sam Houston
    San Benito, TX 78586
    (956) 399-1299
    (956) 399-4484 (FAX)

Attorney for Defendants FIRST USA BANK, N.A. and BANK OF NEW YORK DELAWARE:

    Walter J. Passmore
    Federal I.D. 2264
    State Bar No. 15560400
    PASSMORE, WALKER & TWENHAFEL, L.L.P.
    2424 N. 10th Street, Suite 200 (physical address)
    P.O. Drawer 3766 (mailing address)
    McAllen, Texas  78502-3766
    (956) 687-6225
    (956) 686-1276 (fax)

Attorneys for Defendant RETAILERS NATIONAL BANK:

    Jeffrey S. Boyd
    State Bar No. 02772150
    THOMPSON & KNIGHT, P.C.
    1200 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, TX 78701
    (512) 469-6100
    (512) 469-6180 (fax)

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

Before me, the undersigned authority, appeared Walter J. Passmore who, being first duly sworn, on his oath deposed as follows:

My name is Walter J. Passmore. I am an attorney licensed to practice in the state courts of Texas and before the district courts for the Southern District and West District of Texas. I am the attorney in charge for defendants First USA Bank, N.A. and Bank of New York Delaware. I verify that I have personal knowledge of the facts stated herein.

The foregoing documents are photostatic copies of the documents contained in the state court's file in the underlying state court action from which this action was removed, as required by Local Rule 3K.

FURTHER AFFIANT SAYETH NOT.

_____
Walter J. Passmore

**SWORN TO AND SUBSCRIBED** before me, the undersigned authority, by the said Walter J. Passmore on the _22nd_ day of June, 2000, to certify which witness my hand and seal of office.

> MARGARITA VILLARREAL
> MY COMMISSION EXPIRES
> January 25, 2001

_____
Notary Public
State of Texas

Case 1:00-cv-00095    Document 1    Filed in TXSD on 06/26/2000    Page 7 of 24

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

CASE NO. 2000-05-002273-A

| | DATE OF FILING | | |
|---|---|---|---|
| | MONTH | DAY | YEAR |
| | 05 | 26 | 00 |

**JURY**

| ATTORNEYS | KIND OF ACTION |
|---|---|
| 00489401<br>ADOLFO E. CORDOVA, JR.<br>711 NORTH SAM HOUSTON<br>SAN BENITO, TEXAS  78586 0000 | (10)  .<br><br>DAMAGES |

JURY FEE $
PAID BY

COURT'S DOCKET (Rule 26, TRCP)

MEZ

, ET AL

CutePDF - www.tawka.com

CAUSE NUMBER: 2000-05-2273-A

IN THE 107th JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS

| | | |
|---|---|---|
| ZOILA B. GOMEZ | § | |
| | § | |
| VS. | § | |
| | § | |
| BANK OF NEW YORK, | § | |
| RETAILERS NATIONAL BANK AND | § | |
| BANK ONE D/B/A FIRST CARD | § | |

FILED ___4:10___ O'CLOCK ___P___ M
AURORA DE LA GARZA DIST. CLERK

MAY 2 6 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ M. _____ DEPUTY

-oOo-

## PLAINTIFFS' ORIGINAL PETITION

Plaintiff files this original petition complaining about the matters below:

### A. DISCOVERY CONTROL PLAN

1.     Discovery is intended to be conducted under Level 2 of Texas Rule of Civil Procedure 190.

### B. PARTIES

2.     Plaintiff, ZOILA B. GOMEZ is individual residing in San Benito, Cameron County, Texas.

3.     Defendant, BANK OF NEW YORK is a New York corporation whose principal place of business is at One Wall Street, New York, New York, 10286, and may be served with process by serving its Chairman and Chief Executive Officer, THOMAS A. RENYI, One Wall Street, New York, New York, 10286.

4.    Defendant, RETAILERS NATIONAL BANK - TARGET is a Minnesota corporation whose principal place of business is at 3701 Waysata   Blvd.   4A-L, Minneapolis, Minnesota, 55416, and may be served with process by serving its Director of Legal Services, SUSAN SMITH,  3701 Waysata Blvd.  4A-L, Minneapolis, Minnesota, 55416.

5.    Defendant, BANK ONE D/B/A FIRST CARD is a ILLINOIS corporation whose principal place of business is at One Bank One Plaza, Suite IL 1-0287, Chicago, Illinois, 60670, and may be served with process by serving SANJEEZ ATWAL, One Bank One Plaza, Suite IL 1-0287, Chicago, Illinois, 60670.

## C. FACTS

6.    Plaintiff applied for credit with Target and shortly thereafter Plaintiff received a letter from Target denying credit to Plaintiff.   Plaintiff was denied credit  based on a report from CSC Credit Services.  Plaintiff requested a credit report and found that their were a plethora of errors from many creditors.  All of the creditors were contacted by CSC Credit Services to rectify this matter and all but the above Defendants corrected their errors.  Plaintiff advised Defendants on numerous occasions that Plaintiff was not the responsible party.  Defendants' actions, as described herein were in direct violations of the Federal Fair Credit Reporting Act and constitute libel and slander, all of which have caused and will continue to cause damages to Plaintiff  that exceed the minimal jurisdictional limits of this court as set out herein below, but which are less than $75,000.00.

## D.  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

7.    Plaintiff asserts that Defendants actions, in harassing Plaintiff constituted extreme and outrageous conduct and that such actions were intentional and reckless and whose purpose was to cause the infliction of emotional distress to Plaintiff.  As a result of Defendants' actions, Plaintiff   has suffered damages in amounts which exceed the minimum jurisdictional limits of the Court.

## E.  LIBEL AND SLANDER PER SE

8.    Defendants' actions, as set out herein above, constitute libel and slander per se because they tend to injure the Plaintiff's reputation and expose them to public, hatred, contempt, ridicule and financial injury and impeach their honesty and integrity.

Defendants' actions, through it's employee, published  the statements when it sent a credit rating to the Credit Bureau and to the different agencies Plaintiff applied to for credit.    All the people who read the defamatory statements understood that said statements referred to Plaintiff and that they were defamatory.

Furthermore, Defendants published said statements with substantial grounds for knowing that they might be false and with reckless disregard to whether they were true or false.

## F. STATUTORY VIOLATIONS

CloPDF - www.fineba.com

9.     Defendants' actions as stated herein above, were direct violations of the Texas Debt Collection Act §392.301 and §392.302 of the Federal Debt collection Act. Defendants' collection methods amounted to coercion or attempted coercion as prohibited by the aforementioned statutes.

## G. DAMAGES

10.    Defendants' actions were a producing cause of the damages incurred by plaintiff.  Plaintiff has incurred damages in the following respects:

(A)    As a proximate result of the wrongful acts of Defendants, Plaintiff has suffered severe emotional distress, embarrassment, anxiety, sleeplessness, worry, nervousness and other physical as well as mental pain and anguish and in all reasonable probability, Plaintiff will continue to suffer such mental and physical anguish for a long time into the future.

(B)    By reasons of the allegations of this petition, Plaintiff is entitled to recover attorney's fees in a sum that is reasonable and necessary.   In this connection, Plaintiff will show that the attorney whose name is subscribed to this pleading has been employed to assist Plaintiff in the prosecution of this action.  A reasonable attorney's fee is requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts.

11.     Because Defendants acted knowingly, Plaintiff is entitled to recover treble damages under Federal Fair Debt Collection Practices Act and Texas Debt Collection Practices Act.

Plaintiff's total damages, as set out herein above do not exceed $74,999.99.

## H.  CONDITIONS PRECEDENT

12.     All conditions precedent have been performed or have occurred as required by Texas Rule of Civil Procedure 54.

## I.  DEMAND FOR JURY

13.     Plaintiff demands a jury trial and tender the appropriate fee.

## J.  PRAYER

14.     For these reasons, Plaintiff ask that Defendants be cited to appear and answer, and that Plaintiff have judgment against Defendants for:

    a.    Economic damages within the jurisdictional limits of this court.

    b.    Mental anguish damages within the jurisdictional limits of the court.

    c.    Treble damages.

    d.    Damages within the jurisdictional limits of this court not to exceed the sum of $75,000.00.

e.     Reasonable and necessary attorney fees.

f.     Prejudgment and post-judgment interest as allowed by law.

g.     Costs of suit.

h.     All other relief, in law and in equity, to which plaintiff may be entitled


RESPECTFULLY SUBMITTED,

**LAW FIRM OF ADOLFO E. CORDOVA, JR.**
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484


**ADOLFO E. CORDOVA, JR.**
State Bar No. 00787287
ATTORNEY FOR PLAINTIFF

Case 1:00-cv-00095   Document 1   Filed in TXSD on 06/26/2000   Page 14 of 24

CAUSE NUMBER: 2000-05-2273-A

IN THE ____ JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS

ZOILA B. GOMEZ                        §
                                      §
VS.                                   §
                                      §
                                      §
BANK OF NEW YORK,                     §
RETAILERS NATIONAL BANK AND           §
BANK ONE D/B/A FIRST CARD             §

FILED _____ 10 ___ O'CLOCK _____ P ___ M
AURORA DE LA GARZA DIST CLERK

MAY 2 6 2000

DISTRICT COURT OF CAMERON COUNTY TEXAS
_____ DEPUTY

-o0o-

## PLAINTIFF'S JURY REQUEST

Plaintiff **ZOILA B. GOMEZ** hereby requests a trial by jury.

Signed this the _____ day of _____, 2000.

RESPECTFULLY SUBMITTED,

**LAW FIRM OF ADOLFO E. CORDOVA, JR.**
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484

**ADOLFO E. CORDOVA, JR.**
State Bar No. 00787287
ATTORNEY FOR PLAINTIFF

Law Office of
# Adolfo E. Cordova, Jr.

**711 N. Sam Houston**
**San Benito, Texas 78586**

**Office: (956) 399-1299**
**Fax: (956) 399-4484**

May 25, 2000

Mrs. Aurora De La Garza
District Clerk
974 E. Harrison
Brownsville, Texas 78520

RE:   Zoila B. Gomez vs. Bank of New York,
Retailers National Bank and Bank One
D/B/A First Card

Dear Clerk:

Enclosed for filing, please find Plaintiff's Original Petition and Plaintiff's Jury Request in reference to the above named parties. Once the petition is filed, please issue citations to Bank of New York by serving Chairman and Chief Executive Officer, Thomas A. Renyi, One Wall Street, New York, New York, 10286, Retailers National Bank - Target by serving its Director of Legal Services, Susan Smith, 3701 Waysata Blvd., 4-A-L, Minneapolis, Minnesota 55416 and Bank One D/B/A First Card by serving Sanjeez Atwal, One Bank One Plaza, Suite IL 1-0287, Chicago, Illinois, 60670.   The citations will be picked up by our civil processor, George Wilhite.

Please find a check in the amount of $260.00 to cover your fees.

Thank you for your help and assistance on this matter. Should you have any questions, please contact this office.

Sincerely,

ADOLFO E. CORDOVA, JR.

AEC/og

encl.
xc:   Zoila Gomez

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.004.01

No. 2000-05-002273-A

**ORIGINAL**

T H E    S T A T E    O F    T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: BANK ONE
SERVING SANJEEZ ATWAL
ONE BANK ONE PLAZA,SUITE
IL 1-0287
CHICAGO, ILLINOIS 60670

the            DEFENDANT          , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said          PETITION          was filed on   MAY 26, 2000   . A copy of same accompanies this citation.

The file number of said suit being No. 2000-05-002273-A.

The style of the case is:

ZOILA B. GOMEZ
VS.
BANK OF NEWYORK, ET AL

Said petition was filed in said court by          ADOLFO E. CORDOVA, JR.
(Attorney for          PLAINTIFF          ), whose address is
711 NORTH SAM HOUSTON SAN BENITO, TEXAS   78586

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 26th day of   MAY  , A.D. 2000.

## CAUSE NUMBER 2000-05-002273-A
********

| | |
|---|---|
| ZOILA B. GOMEZ | IN THE 107TH JUDICIAL |
| PLAINTIFF | |
| VS | DISTRICT COURT |
| BANK OF NEW YORK ET AL | |
| DEFENDANTS | CAMERON COUNTY, TEXAS |

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED, AUTHORITY, on this day personally appeared, George L. Wilhite, after being by first duly sworn, on his oath says:

"My name is George L. Wilhite, I am a private process server associated with, George L. Wilhite Legal Support Services, with a business address of 1162 Fairway Lane, Harlingen, Texas 78552

I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am an adult over the age of eighteen(18) years of age and I am not a party to the suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turitude and am comptent to make this oath. I am able to perform the service of citation and correctly pursuant to the Texas Rules Of Civil Procedure, Rule 103."

DELIVERED TO BANK ONE, by delivering to SANJEEZ ATWAL
ONE BANK ONE PLAZA
CHICAGO, ILL. 60670

DATE OF DELIVERY 5TH JUNE, 2000 . CERTIFIED MAIL.

_George L-Wichte_
AFFIANT

STATE OF TEXAS
SUBSCRIBED and sworn to before me by the said affiant, on this 10TH JUNE, 2000

_Rosita P. Dominguez_
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

920

JUN 1 2 2000

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>    Lit. Seq. # <u>5.002.01</u>

No. <u>2000-05-002273-A</u>

T H E   S T A T E   O F   T E X A S    **ORIGINAL**

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>BANK OF NEWYORK</u>
<u>SERVING CHAIRMAN & CHIEF</u>
<u>EXECUTIVE OFFICER</u>
<u>THOMAS A. RENYI</u>
<u>ONE WALL STREET</u>
<u>NEW YORK,NEW YORK 10286</u>
the <u>      DEFENDANT      </u>, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFFS ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>107th</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said <u>      PETITION      </u> was filed on <u>  MAY 26, 2000  </u>.  A copy of same accompanies this citation.

The file number of said suit being No. <u>2000-05-002273-A</u>.

The style of the case is:

<u>ZOILA B. GOMEZ</u>
<u>VS.</u>
<u>BANK OF NEWYORK, ET AL</u>

Said petition was filed in said court by <u>  ADOLFO E. CORDOVA, JR.  </u> (Attorney for <u>      PLAINTIFF      </u>), whose address is <u>711 NORTH SAM HOUSTON SAN BENITO, TEXAS   78586</u>.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>26th</u> day of <u>  MAY  </u>, A.D. <u>2000</u>.

## CAUSE NUMBER 2000-05-002273-A
********

| | |
|---|---|
| ZOILA B. GOMEZ<br>PLAINTIFF<br>VS<br>BANK OF NEW YORK, ET AL .<br>DEFENDANTS | IN THE 107TH JUDICIAL<br>DISTRICT COURT<br>CAMERON COUNTY, TEXAS |

### AFFIDAVIT

BEFORE ME, THE UNDERSIGNED, AUTHORITY, on this day personally appeared, George L. Wilhite, after being by first duly sworn, on his oath says:

"My name is George L. Wilhite, I am a private process server associated with, George L. Wilhite Legal Support Services, with a business address of 1162 Fairways, Harlingen, Texas 78552

I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am an adult over the age of eighteen(18) years of age and I am not a party to the suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turitude and am comptent to make this oath. I am able to perform the service of citation  and correctly pursuant to the Texas Rules Of Civil Procedure, Rule 103."

DELIVERED  TO  BANK OF NEW YORK, by delivering to THOMAS A. RENYI
ONE WALL STREET
NEW YORK NEW YORK 10286

FILED _____ O'CLOCK _____ M
AURORA DE LA GARZA DIST. CLERK
JUN 2 0 2000
DISTRICT COURT CAMERON COUNTY TEXAS
DEPUTY

DATE OF DELIVERY 5TH JUNE, 2000 ,  CERTIFIED MAIL

George L Wilhite
AFFIANT

STATE OF TEXAS
SUBSCRIBED and sworn to before me by the said affiant, on this 20TH JUNE, 2000

Rosita P. Dominguez
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS



ROSITA P. DOMINGUEZ
NOTARY PUBLIC
STATE OF TEXAS
01-31-2001

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>    Lit. Seq. # <u>5.003.01</u>

No. <u>2000-05-002273-A</u>

# ORIGINAL

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>RETAILERS NATIONAL BANK</u>
    <u>SERVING ITS DIRCETOR OF LEGAL</u>
    <u>SERVICES, SUSAN SMITH</u>
    <u>3701 WAYSATA BLVD.,4-A-L</u>
    <u>MINNEAPOLIS, MINNESOTA 55416</u>

the _____<u>DEFENDANT</u>_____, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFFS ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>107th</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____<u>PETITION</u>_____ was filed on <u>MAY 26, 2000</u>.  A copy of same accompanies this citation.

The file number of said suit being No. <u>2000-05-002273-A</u>.

The style of the case is:

<u>ZOILA B. GOMEZ</u>
<u>VS.</u>
<u>BANK OF NEWYORK, ET AL</u>

Said petition was filed in said court by _____<u>ADOLFO E. CORDOVA, JR.</u> (Attorney for _____<u>PLAINTIFF</u>_____), whose address is <u>711 NORTH SAM HOUSTON SAN BENITO, TEXAS   78586</u>.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>26th</u> day of ___<u>MAY</u>___, A.D. <u>2000</u>.

## CAUSE NUMBER 2000-05-002273-A
********

| | | |
|---|---|---|
| ZOILA B. GOMEZ | § | IN THE 107TH JUDICIAL |
| PLAINTIFF | § | |
| VS | § | DISTRICT COURT |
| BANK OF NEW YORK, ET AL | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

---

### AFFIDAVIT

BEFORE ME, THE UNDERSIGNED, AUTHORITY, on this day personally appeared, George L. Wilhite, after being by first duly sworn, on his oath says:

"My name is George L. Wilhite, I am a private process server associated with, George L. Wilhite Legal Support Services, with a business address of 1162 Fairway Lane, Harlingen, Texas 78552

I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am an adult over the age of eighteen(18) years of age and I am not a party to the suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turitude and am comptent to make this oath. I am able to perform the service of citation and correctly pursuant to the Texas Rules Of Civil Procedure, Rule 103."

DELIVERED TO SUSAN SMITH, DIRECTOR OF LEGAL SERVICES, RETAILERS NATIONAL BANK, 3701 WAYSATA BLVD., 4 -A-L MINNEAPOLIA, MINNESOTA 55416

DATE OF DELIVERY 30 MAY, 2000, by certified mail

FILED ____ O'CLOCK ____ M
AURORA DE LA GARZA DIST. CLERK
JUN 0 5 2000
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

_George L Wilhite_
AFFIANT

STATE OF TEXAS

SUBSCRIBED and sworn to before me by the said affiant, on this 4TH JUNE, 2000

_Rosita P. Dominguez_
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

Case 1:00-cv-00095   Document 1   Filed in TXSD on 06/26/2000   Page 22 of 24

CAUSE NO. 2000-05-2273-A

JUN 23 2000

| | | |
|---|---|---|
| ZOILA B. GOMEZ | § | IN THE 107TH |
| | § | |
| VS. | § | JUDICIAL DISTRICT COURT |
| | § | |
| BANK OF NEW YORK DELAWARE | § | |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS FIRST USA BANK, N.A.'S AND
## BANK OF NEW YORK DELAWARE'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendant First USA Bank, N.A., improperly named as Bank One d/b/a

First Card, and Defendant Bank of New York Delaware, improperly named as Bank of New

York, and serve notice on the court, the district clerk, and parties of record that this cause has

been removed to the Federal District Court, Southern District of Texas, Brownsville Division,

which has original subject matter jurisdiction over this cause.

1.      This notice of removal is filed pursuant to 28 U.S.C. § 1446.

2.      Pursuant to 28 U.S.C. § 1446(d), there should be no further proceedings in this

cause unless and until the case is remanded.

Respectfully submitted,

By: _____

Walter J. Passmore
State Bar No. 15560400
**ATTORNEY FOR DEFENDANTS**
**FIRST USA BANK, N.A. and**
**BANK OF NEW YORK DELAWARE**
P. O. Drawer 3766
McAllen, Texas  78502-3766
956/687-6225
956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

CutePDF - www.tasto.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the ___ day of June, 2000 as follows:

Adolfo E. Cordova, Jr.                          *VIA CMRRR 7099 3220 0001 4236 5001*
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

Jeffrey S. Boyd                                 *VIA CMRRR 7099 3220 0001 4236 5018*
Thompson & Knight, P.C.
1200 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701
**ATTORNEY FOR RETAILERS NATIONAL BANK**

_____
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\REMOVAL.STA

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the _26th_ day of June, 2000 as follows:

Adolfo E. Cordova, Jr.                           *VIA CMRRR 7099 3220 0001 4236 5001*
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

Jeffrey S. Boyd                                  *VIA CMRRR 7099 3220 0001 4236 5018*
Thompson & Knight, P.C.
1200 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701
**ATTORNEY FOR RETAILERS NATIONAL BANK**

_____
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\REMOVAL.STA