3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | **B** - 00 - 095 |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

## BANK OF NEW YORK DELAWARE'S ORIGINAL ANSWER

Bank of New York Delaware (BNYD), improperly named in Plaintiff's Original Petition as BANK OF NEW YORK, and subject to its Rule 12(b)(6) Motion to Dismiss, responds to PLAINTIFF'S ORIGINAL PETITION as follows:

1.      Paragraph number 1 of Plaintiff's Original Petition requires no answer and, thus, is denied.

2.      Defendant BNYD is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph number 2.

3.      Defendant BNYD denies that is liable in the capacity in which it is named, and admits that it is the real party in interest for claims made in Plaintiff's Original Petition. Paragraph 3 is otherwise denied.

4.      Defendant BNYD is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph number 4.

5.      Defendant BNYD is without knowledge or information sufficient to form a belief as

1

to the truth of the averments in paragraph number 5.

6.      Defendant BNYD is without knowledge or information sufficient to form a belief as to the truth of the averments of the first four sentences of paragraph 6. Defendant BNYD denies the averments of the fifth sentence of paragraph 6.

7.      Paragraph number 7 is denied.

8.      Paragraph number 8 is denied.

9.      Paragraph number 9 is denied.

10.     Paragraph 10 is denied.

11.     Paragraph 11 is denied.

12.     Paragraph number 12 is denied. Defendant BNYD denies presentment, payment, and denies that plaintiff has paid her credit card account with defendant, in a timely manner and according to the terms of the credit card agreement.

13.     Defendant BNYD admits that plaintiff's allegation in paragraph 13 that she has made a demand for trial by jury, but is without knowledge or information sufficient to form a belief of the truth of plaintiff's averment of having tendered the appropriate fee.

14.     Defendant BNYD denies plaintiff is entitled to any of the relief demanded in paragraph 14.

15.     Any of plaintiff's allegations which have neither been specifically admitted or denied are hereby denied.

16.     Plaintiff's claims are barred by limitations.

17.     Defendant's actions complained of, if in error, resulted from a bonafide error that occurred notwithstanding the use of reasonable procedures adopted to avoid the error.

2

CVisPDF - www.faxisx.com

18.     Defendant will show that at the time of the alleged violation it maintained reasonable procedures to assure compliance with subsections (a) and (b) of 15 U.S.C § 1681d.

19.     Credit history issued by this defendant, if any, and complained about by plaintiff, was true.

20.     Plaintiff's complaint brought pursuant to 15 U.S.C. § 1692 *et. seq.* are barred by 15 U.S.C. § 1692k(c) because at all times material defendant maintained procedures reasonably adapted to avoid error, if any, complained of by plaintiff and if defendant's actions, if any, complained of by plaintiff constitute a violation of 15 U.S.C. § 1692 *et. seq.*, same was not intentional and resulted from a bonafide error.

21.     Plaintiff's claims were brought in bad faith or for purposes of harassment.  Defendant is, therefore, entitled to recover reasonable attorney's fees and costs incurred in the defense of this claim, pursuant to 15 U.S.C. § 1681n(c), 15 U.S.C. § 1692k(a), Texas Finance Code § 392.403(c), and Texas Business and Commerce Code § 17.50(c).

WHEREFORE, in view of the foregoing, defendant BNYD prays that plaintiff take nothing and that it recover its costs, attorney's fees, and general relief.

Respectfully submitted,

By: _Walter J Passmore_
     Walter J. Passmore
     State Bar No. 15560400
ATTORNEY FOR DEFENDANT
BANK OF NEW YORK DELAWARE
     P. O. Drawer 3766
     McAllen, Texas  78502-3766
     956/687-6225
     956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the _26th_ day of June, 2000, as follows:

Adolfo E. Cordova, Jr.         *VIA CMRRR 7099 3220 0001 4236 5001*
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

Jeffrey S. Boyd         *VIA CMRRR 7099 3220 0001 4236 5018*
Thompson & Knight, P.C.
1200 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701
**ATTORNEYS FOR RETAILER NATIONAL BANK**

_Walter J Passmore_
Walter J. Passmore

J \DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\BNYD-ANS FED

4