IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

United States District Court
Southern District of Texas
FILED

JUL 0 7 2000

Michael N. Milby
Clerk of Court

## DEFENDANTS' SUPPLEMENTAL NOTICE OF REMOVAL

1. Defendants First USA Bank, N.A. and Bank of New York Delaware filed their Notice of Removal in this cause on June 26, 2000, and included with the Notice of Removal a copy of all process, pleadings, and orders served upon defendants which were all the documents available from the state district clerk's files. When the Notice of Removal was filed, Plaintiff's Motion for Non-Suit without Prejudice of Retailers National Bank had not yet been filed in the state district clerk's file.

2. A copy of the Motion for Non-Suit is attached hereto for filing.

Respectfully submitted,

By: _Walter J. Passmore_ _by M. A. Twenhafel_
Walter J. Passmore             _with his permission_
Fed. ID No. 2264
State Bar No. 15560400
ATTORNEY FOR DEFENDANTS
FIRST USA BANK, N.A. and
BANK OF NEW YORK DELAWARE
P. O. Drawer 3766
McAllen, Texas  78502-3766
956/687-6225
956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CAUSE NUMBER: 2000-05-002273-A

### IN THE 107TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS

| | |
|---|---|
| ZOILA B. GOMEZ | § |
| | § |
| VS. | § |
| | § |
| BANK OF NEW YORK, | § |
| RETAILERS NATIONAL BANK AND | § |
| BANK ONE D/B/A FIRST CARD | § |

-oOo-

### PLAINTIFF'S MOTION FOR NON-SUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ZOILA B. GOMEZ, Plaintiff in the above numbered and entitled cause, and file this her Motion for Non-Suit Without Prejudice, requesting the Court to dismiss their cause of action as to Defendant, RETAILERS NATIONAL BANK, only, without prejudice, and as grounds therefore would respectfully show unto the Court that they no longer wish to proceed with said cause against said Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully pray that this Honorable Court enter an order dismissing Plaintiff's cause of action as to Defendant RETAILERS NATIONAL BANK without prejudice.

RESPECTFULLY SUBMITTED,

LAW FIRM OF ADOLFO E. CORDOVA, JR.
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586

Phone (956) 399-1299
Fax (956) 399-4484

_____
ADOLFO E. CORDOVA, JR.
State Bar No. 00787287
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion for Non-Suit Without Prejudice and Order was sent to all counsel of record via certified mail, return receipt requested, on this the 22nd day of June, 2000.

_____
ADOLFO E. CORDOVA, JR.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the ___6th___ day of July, 2000, as follows:

Adolfo E. Cordova, Jr.  *VIA CMRRR 7099 3220 0001 4236 5179*
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

Mark A. Twenhafel

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\REMOVAL.SUP