

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

**DEFENDANTS FIRST USA BANK, N.A.'S AND BANK OF NEW YORK
DELAWARE'S DISCLOSURE OF INTERESTED PARTIES**

Parties known to defendants to have a financial interest in the outcome of this litigation are the following:

(1) <u>Bank One Corporation</u>    National Association Bank Holding Company
                                    Parent Company to First USA Bank, N.A.
(2) First USA Bank, N.A.            Defendant
(3) Bank of New York Company, Inc.  Parent Company to Bank of New York Delaware
(4) Bank of New York Delaware       Defendant
(5) Zoila Gomez                     Plaintiff

Respectfully submitted,

By: /s/ Walter J. Passmore
Walter J. Passmore
Fed. ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225
956/686-1276 (fax)

ATTORNEY FOR DEFENDANTS FIRST USA BANK,
N.A. AND BANK OF NEW YORK DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the 7th day of July, 2000 as follows:

Adolfo E. Cordova, Jr.  
Law Firm of Adolfo E. Cordova, Jr.  
711 N. Sam Houston  
San Benito, TX 78586  
**ATTORNEY FOR PLAINTIFF**

*VIA CMRRR 7099 3220 0001 4236 5186*

_____  
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\PARTIES.DIS

2