8

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |



### DEFENDANTS FIRST USA BANK, N.A.'S AND BANK OF NEW YORK DELAWARE'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF PLAINTIFF

TO:   Plaintiff, ZOILA GOMEZ, by and through her attorney of record:

Adolfo E. Cordova, Jr.  
Law Firm of Adolfo E. Cordova, Jr.  
711 N. Sam Houston  
San Benito, TX 78586

*VIA CMRRR 7099 3220 0001 4236 5193*

You are hereby notified that Defendants First USA Bank, N.A. and Bank of New York Delaware intend to take the oral deposition of **Zoila B. Gomez** (mother) and **Zoila B. Gomez** (daughter), in seriatim, commencing at **2:00 p.m., Tuesday, July 25, 2000**, and continuing thereafter until completed, at the offices of Adolfo Cordova, 711 North Sam Houston, San Benito, Texas. Said depositions will be taken pursuant to the Rules of Civil Procedure before Schwab Court Reporting Service, a certified court reporter, and may be used for all purposes allowed by law. You are invited to attend and cross-examine.

Respectfully submitted,

By: /s/ Walter J. Passmore
Walter J. Passmore
State Bar No. 15560400
Fed. ID No. 2264
ATTORNEY IN CHARGE FOR
DEFENDANTS FIRST USA BANK, N.A.
and BANK OF NEW YORK DELAWARE
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225
956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the 11th day of July, 2000, as follows:

Adolfo E. Cordova, Jr.   *VIA CMRRR 7099 3220 0001 4236 5193*
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

/s/ Walter J. Passmore
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\DISCOVER\DEPO.NOT