9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUL 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

## DEFENDANTS' SECOND SUPPLEMENTAL NOTICE OF REMOVAL

1. Defendants First USA Bank, N.A. and Bank of New York Delaware filed their Notice of Removal in this cause on June 26, 2000, and included with the Notice of Removal a copy of all process, pleadings, and orders served upon defendants which were all the documents available from the state district clerk's files. When the Notice of Removal was filed, the Order Granting Nonsuit of Retailers National Bank had not yet been filed in the state district clerk's file.

2. A copy of the Order is attached hereto for filing.

Respectfully submitted,

By: /s/ Walter J. Passmore
Walter J. Passmore
Fed. ID No. 2264
State Bar No. 15560400
ATTORNEY FOR DEFENDANTS
FIRST USA BANK, N.A. and
BANK OF NEW YORK DELAWARE
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225
956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CAUSE NUMBER: 2000-05-002273-A

## IN THE 107TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS

| | |
|---|---|
| ZOILA B. GOMEZ | § |
| | § |
| VS. | § |
| | § |
| BANK OF NEW YORK, | § |
| RETAILERS NATIONAL BANK AND | § |
| BANK ONE D/B/A FIRST CARD | § |

-oOo-

### ORDER GRANTING NONSUIT

BE IT REMEMBERED that on this 28 day of June, 2000, came on to be considered Plaintiff's Motion for Non-Suit Without Prejudice, and the Court being fully advised and being of the opinion that said Motion is good and should be in all things sustained; it is therefore;

ORDERED that Plaintiff's Motion for Non-Suit Without Prejudice be and the same is hereby granted, and said Plaintiff's cause of action be and the same is hereby dismissed as to Defendant RETAILERS NATIONAL BANK only, without prejudice.

SIGNED this 28 day of June 2000.

_____
PRESIDING JUDGE

4:00 P.

Estela Salas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the 12th day of July, 2000, as follows:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 N. Sam Houston
San Benito, TX 78586
**ATTORNEY FOR PLAINTIFF**

*VIA CMRRR 7099 3220 0001 4236 0945*

*/s/ Walter J. Passmore*
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\REMOVAL2.SUP