

United States District Court
Southern District of Texas
FILED

JUL 1 4 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZOILA B. GOMEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | |
| RETAILERS NATIONAL BANK AND | § | |
| FIRST USA BANK, N.A. | § | |

-oOo-

## MOTION TO PRACTICE PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ADOLFO E. CORDOVA, JR., Attorney, presents this motion to practice before this Court Pro Hac Vice on behalf of ZOILA GOMEZ, Plaintiff herein, respectfully showing the Court as follows:

**1.**

The above styled and referenced case was initially filed in the 107th Judicial District Court of Cameron County, Texas on or about May 26, 2000. Thereafter, it was removed to this Court on or about June 23, 2000. Since Movant is not admitted to practice in this Court, he is hereby requesting that he be allowed to appear as attorney-in-charge for Plaintiff, ZOILA GOMEZ in this case.

**2.**

ADOLFO E. CORDOVA, JR., attorney for Plaintiff, ZOILA GOMEZ is licensed to practice in all Texas State Courts and is in good standing with the same.

1

WHEREFORE PREMISES CONSIDERED, ADOLFO E. CORDOVA, JR. prays that pending the duration of this case, that he be permitted to appear and practice Pro Hac Vice in this proceeding.

Respectfully submitted,

**LAW FIRM OF ADOLFO E. CORDOVA, JR.**
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484

_____
**ADOLFO E. CORDOVA, JR.**
State Bar No. 00787287
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney of record on this the 12th day of July, 2000 as follows:

Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. DRAWER 3766
MCALLEN, TEXAS 78502-3766
ATTORNEY FOR DEFENDANTS

CMRRR Z 135 107 512

_____
ADOLFO E. CORDOVA, JR.
State Bar #00787287
Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

Movant herein has conferred with opposing counsel with regards to the filing of this motion, and he _is not opposing_ this motion.

_____
ADOLFO E. CORDOVA, JR.
State Bar #00787287

3