IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


United States District Court
Southern District of Texas
FILED

JUL 1 4 2000


Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZOILA B. GOMEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | |
| RETAILERS NATIONAL BANK AND | § | |
| FIRST USA BANK, N.A. | § | |

-oOo-

## ZOILA GOMEZ' DISCLOSURE OF INTERESTED PARTIES

Parties known to defendants to have a financial interest in the outcome of this litigation are the following:

(1)  Zoila Gomez — Plaintiff
(2)  Bank One Corporation — National Association Bank Holding Company Parent Company to First USA Bank, N.A. Defendant

(3)  First USA Bank, N.A.
(4)  Bank Of New York Company, Inc. — Parent Company to Bank of New York Delaware Defendant
(5)  Bank of New York Delaware

Respectfully submitted,

LAW FIRM OF ADOLFO E. CORDOVA, JR.
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484

_____
ADOLFO E. CORDOVA, JR.
State Bar No. 00787287
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney of record on this the __12th__ day of July, 2000 as follows:

Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. DRAWER 3766
MCALLEN, TEXAS 78502-3766
ATTORNEY FOR DEFENDANTS

CMRRR Z 135 107 512

_____
ADOLFO E. CORDOVA, JR.

12

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUL 1 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

**DEFENDANTS' RESPONSE TO MOTION TO PRACTICE PRO HAC VICE
FILED BY ADOLFO CORDOVA**

Defendants Bank of New York Delaware and First USA Bank, N.A., do not oppose the MOTION TO PRACTICE PRO HAC VICE filed by Adolfo Cordova, counsel for plaintiff, Zoila Gomez.

Respectfully submitted,

By: /s/ Walter J. Passmore
Walter J. Passmore
Fed. ID No. 2264
State Bar No. 15560400
ATTORNEY FOR DEFENDANTS
FIRST USA BANK, N.A. and
BANK OF NEW YORK DELAWARE
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225
956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the 13th day of July, 2000, as follows:

Adolfo E. Cordova, Jr.  
Law Firm of Adolfo E. Cordova, Jr.  
711 N. Sam Houston  
San Benito, TX 78586  
**ATTORNEY FOR PLAINTIFF**

VIA CMRRR 7099 3220 0001 4236 1027

_____  
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\PROHAC.RES