IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUL 1 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

**DEFENDANTS' RESPONSE TO MOTION TO PRACTICE PRO HAC VICE
FILED BY ADOLFO CORDOVA**

Defendants Bank of New York Delaware and First USA Bank, N.A., do not oppose the MOTION TO PRACTICE PRO HAC VICE filed by Adolfo Cordova, counsel for plaintiff, Zoila Gomez.

Respectfully submitted,

By: /s/ Walter J. Passmore
Walter J. Passmore
Fed. ID No. 2264
State Bar No. 15560400
ATTORNEY FOR DEFENDANTS
FIRST USA BANK, N.A. and
BANK OF NEW YORK DELAWARE
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225
956/686-1276 (fax)

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney(s) of record on this the 13th day of July, 2000, as follows:

Adolfo E. Cordova, Jr.  
Law Firm of Adolfo E. Cordova, Jr.  
711 N. Sam Houston  
San Benito, TX 78586  
**ATTORNEY FOR PLAINTIFF**

VIA CMRRR 7099 3220 0001 4236 1027

_____  
Walter J. Passmore

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\PROHAC.RES

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZOILA GOMEZ, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-95 |
| | § | |
| BANK OF NEW YORK DELAWARE, FIRST USA BANK N.A., and RETAILERS NATIONAL BANK, | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 31, 2000, the Court considered Defendants First USA Bank N.A. and Bank of New York Delaware's motion to dismiss (Dkt. No. 4) and Plaintiff's motion for Adolfo E. Cordova, Jr., to appear *pro hac vice* (Dkt. No. 10).

1. On June 26, 2000, Defendants filed a motion to dismiss. On the same day Defendants served Plaintiff with the motion. The response deadline was July 16, 2000. Plaintiff has filed motions but has not responded to the motion to dismiss. Local Rule 6E states that a "[f]ailure to respond will be taken as a representation of no opposition." Defendants First USA Bank N.A. and Bank of New York Delaware's motion to dismiss (Dkt. No. 4) is GRANTED.

2. Plaintiff's motion for Adolfo E. Cordova, Jr., to appear *pro hac vice* (Dkt. No. 10) is GRANTED.

DONE at Brownsville, Texas, this 31 day of July 2000.

Hilda G. Tagle
United States District Judge