13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZOILA GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-95 |
| | § | |
| BANK OF NEW YORK DELAWARE, | § | |
| FIRST USA BANK N.A., and | § | |
| RETAILERS NATIONAL BANK, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 31, 2000, the Court considered Defendants First USA Bank N.A. and Bank of New York Delaware's motion to dismiss (Dkt. No. 4) and Plaintiff's motion for Adolfo E. Cordova, Jr., to appear *pro hac vice* (Dkt. No. 10).

1. On June 26, 2000, Defendants filed a motion to dismiss. On the same day Defendants served Plaintiff with the motion. The response deadline was July 16, 2000. Plaintiff has filed motions but has not responded to the motion to dismiss. Local Rule 6E states that a "[f]ailure to respond will be taken as a representation of no opposition." Defendants First USA Bank N.A. and Bank of New York Delaware's motion to dismiss (Dkt. No. 4) is GRANTED.

2. Plaintiff's motion for Adolfo E. Cordova, Jr., to appear *pro hac vice* (Dkt. No. 10) is GRANTED.

DONE at Brownsville, Texas, this 31 day of July 2000.

_____
Hilda G. Tagle
United States District Judge