14

# Passmore, Walker & Twenhafel, L.L.P.
### ATTORNEYS AT LAW

**WALTER J. PASSMORE**
CIVIL TRIAL LAW

**MARK W. WALKER**

**MARK A. TWENHAFEL**

P.O. Drawer 3766
McAllen, Texas 78502-3766

Frost National Bank Building
2424 N. 10th Street, Suite 200
McAllen, Texas 78501

United States District Court
Southern District of Texas
FILED

OCT 18 2000

Michael N. Milby
Clerk of Court

Telephone
(956) 687-6225

Facsimile
(956) 686-1276

United States District Court
Southern District of Texas
FILED

OCT 18 2000

Michael N. Milby, Clerk of Court

October 18, 2000

VIA FACSIMILE 956-548-2598

Stella Cavazos, Case Manager
US District Court, Brownsville Division
500 E. 10th, Room 428
Brownsville, TX 78522-2067

Please file & enter.
HGT/lg

Re:  Civil Action No. B-00-095;
     *Zoila Gomez v. Bank of New York Delaware et al*

Dear Stella:

I am writing to advise that the above referenced lawsuit, which is currently set for initial pretrial conference on October 30, 2000, at 1:45 p.m., has been settled. We anticipate that we will have filed a NOTICE OF SETTLEMENT AND MOTION TO DISMISS with proposed ORDER OF DISMISSAL before October 30th.

Thanks.

Sincerely,

Walter J. Passmore

WJP:mv

cc:  Adolfo Cordova
     Gregg Stevens
     Anthony Mancuso

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\CORRESP\clerk.ltr.doc

*BOARD CERTIFIED BY THE TEXAS STATE BOARD OF LEGAL SPECIALIZATION*