United States District Court
Southern District of Texas
FILED

OCT 27 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZOILA GOMEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-095 |
| | § | |
| BANK OF NEW YORK DELAWARE | § | JURY DEMAND |
| RETAILERS NATIONAL BANK and | § | |
| FIRST USA BANK, N.A. | § | |

**NOTICE OF SETTLEMENT AND MOTION TO DISMISS**

1. Plaintiff Zoila B. Gomez (Social Security No. 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) and Defendants First USA Bank, N.A., improperly named in Plaintiff's Original Petition as Bank One d/b/a First Card and Bank of New York Delaware, improperly named Bank of New York in Plaintiff's Original Petition, announce to the court that all matters in controversy between them have been compromised and settled.

2. Zoila B. Gomez, Plaintiff, and, First USA Bank, N.A., and Bank of New York Delaware, Defendants, request entry of an Order of Dismissal with prejudice, dismissing all claims of with prejudice.

Respectfully submitted,

By: _____
Walter J. Passmore
Fed. ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225
956/686-1276 (fax)
ATTORNEY FOR DEFENDANTS FIRST USA BANK,
N.A. and BANK OF NEW YORK DELAWARE

By: /s/ _____
Adolfo E. Cordova, Jr.
State Bar No. 00787287
LAW FIRM OF ADOLFO E. CORDOVA, JR.
711 N. Sam Houston
San Benito, TX 78586
956/ 399-1299
956/ 399-4484(fax)
ATTORNEY FOR ZOILA B. GOMEZ

J:\DATA2\SHARED2\WJP\BANKONE\GOMEZ\PLEADING\SETTLE.NOT