*16*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**ENTERED**

**OCT 3 1 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZOILA GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-95 |
| | § | |
| BANK OF NEW YORK DELAWARE, | § | |
| FIRST USA BANK N.A., and | § | |
| RETAILERS NATIONAL BANK, | § | |
| | § | |
| Defendants. | § | |

**Final Order of Dismissal**

BE IT REMEMBERED that on October 30, 2000, the Court considered the Defendants' Notice of Settlement and Motion to Dismiss [Dkt. No. 15].

1.      The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.  All Parties shall bear their own costs.

2.      The Court retains jurisdiction to enforce the settlement.  Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 21 day of October 2000.

Hilda G. Tagle
United States District Judge